THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF MIDDLESEX, APPELLANT, v. THE BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENTS.

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 97.

For the appellant, *Frederick F. Richardson* and *Edmund A. Hayes.*

For the respondents, *Alan H. Strong.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, BLACK, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.    9.

*For reversal*—None.